David P. FARLEY, Plaintiff–Appellant,

v.

David J. MARTIN, Owner–President of Martin Properties; Bob Dascombe, Senior Vice President Martin Properties; Strickland Consulting Services, Incorporated; R.W. Moore Equipment Company, Incorporated, Defendants–Appellees.

No. 01–1589.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

David P. Farley, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

David P. Farley appeals from the district court's order dismissing his suit as frivolous. We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Farley v. Martin,* No. CA–01–218–5–F (E.D.N.C. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*